UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHERRIE SEVERANCE,<br>    Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. 1:14-cv-91<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

The Court has affirmed the final decision of the Defendant Commissioner of Social Security. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 20, 2015                                              /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge